Cause No. 4:20-CR-583

| | |
|---|---|
| United States of America | United States District Court |
| v. | Southern District of Texas |
| Amir Aqeel | Houston Division |

## Amended Memorandum Regarding Release on Conditions

**Judge Sheldon:**

Mr. Aqeel's ties to the Southern District of Texas are wide and deep. He has lived in the United states since he was 18 years old, and in the Southern District of Texas for 28 years. He owns two houses here. He lives in one of them with his wife, daughter, and mother-in-law; and his ex-wife lives in the other house with their four children under age 20.

Mr. Aqeel is the sole source of support for those eight dependents. His ex-wife does not work, and his wife, a registered nurse, is currently on medical leave recovering from a back injury, and is homeschooling their daughter due to covid-19.

Mr. Aqeel is a successful self-employed businessman. He has current and active Texas insurance licenses, as well as an IRS Preparer Tax Identification Number, and has been in the insurance and accounting businesses for twenty years.

On Mr. Aqeel's last trip abroad, the U.S. Government seized Mr. Aqeel's electronic devices in Turkey when he was on his way to Pakistan. Still, knowing that he was being investigated, Mr. Aqeel returned to the United States.

Mr. Aqeel is a United States Citizen who has made a home in Houston.

Mr. Aqeel had a criminal case in Harris County in 2009 (the pretrial officer missed this, but the Government provided Counsel with notice), and he faithfully attended court for 18 months, from December 2009 to June 2011, before taking deferred-adjudication probation, which he successfully completed in August 2013.

Mr. Aqeel responded well to supervision for 44 months.

The conditions proposed by the U.S. Probation Office will reasonably ensure Mr. Aqeel's appearance and the safety of the community.

Any concerns about flight risk will be resolved by surrender of Mr. Aqeel's passport, GPS monitoring, and travel restricted to this District. Any concerns about danger to the community will be resolved by the usual condition against contact with codefendants and opening new bank accounts.

Thank you,

_____

Mark Bennett

SBN 00792970

Bennett & Bennett

917 Franklin Street, Fourth Floor

Houston, Texas 77002

713.224.1747

mb@ivi3.com

Cause No. 1241728

THE STATE OF TEXAS

V.

Amir Aqeel                                              AKA

### 228th DISTRICT COURT
### HARRIS COUNTY, TEXAS

## ORDER AFFECTING COMMUNITY SUPERVISION

After considering the community supervision officer's recommendations and other evidence, the presiding judge FINDS that the Defendant:

☑ has satisfactory fulfilled the condition of supervision imposed by the court under the Texas Code of Criminal Procedure and/or Chapter 481 of the Texas Health and Safety Code.

☐ has **not** satisfactorily fulfilled the conditions of supervision imposed by the court under the Texas Code of Criminal Procedure and/or Chapter 481 of the Texas Health and Safety Code (*See* **Comment section below**).

**Motion Denied**   ☐   The Defendant has not satisfactorily fulfilled the conditions of community supervision imposed by the Court for the term of the supervision period to which he/she was sentenced.

Comments:   ☐

Accordingly, the Court ORDERS defendant's motion to terminate community supervision **denied**.

Date signed: _____

Judge Presiding, _____ District Court
Harris County, Texas

**Motion Granted**

Full Term   ☐   The Defendant has satisfactorily fulfilled the conditions of supervision imposed by the Court for the full term of the supervision period to which he/she was sentenced.

Early Termination (Permissive review)   ☐   The Defendant has satisfactorily fulfilled the conditions of supervision imposed by the Court for two (2) years or for more than one-third (1/3) of the time to which defendant was sentenced to community supervision.

Deferred Adjudication Early Termination   ☑   The best interests of the defendant and society will be served by the early termination of defendant's supervision period. The Court has not proceeded to an adjudication of guilt during the period of supervision.

Deferred Adjudication Full Term   ☐   The Defendant has satisfactorily fulfilled the conditions of supervision imposed by the Court for the full term of the supervision period to which he/she was sentenced. The Court has not proceeded to an adjudication of guilt during the period of supervision.

Comments:   ☐

Accordingly, the Court ORDERS defendant's community supervision terminated. The Court further ORDERS, ADJUDGES AND DECREES that the defendant is discharged according to law.

Date signed: 08/28/2013

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Judge Presiding, 228th District Court
Harris County, Texas

Revised September 1, 2009