05/26/2022

Dear Clerk of the Court,

Please favor to provide the Docket Report of my case, Criminal# 20-CR-00583. Please dispatch at The following address and oblige:

AMIR AQEEL
Reg# 18085-579
FDC Houston
PO Box 526255
HOUSTON, Tx 77052

United States Courts
Southern District of Texas
FILED
JUN - 3 2022
Nathan Ochsner, Clerk of Court

Sincerely,

Amir Aqeel
(18085579)
FDC Houston

Amir Aqeel #18085579
Federal Detention Center Houston
PO Box 526255
Houston TX, 77052

United States Courts
Southern District of Texas
FILED
JUN -3 2022
Nathan Ochsner, Clerk of Court

NORTH HOUSTON TX 773
27 MAY 2022 PM 6
FOREVER

CLERK
United States District Court
Southern District of Texas
PO Box 61010
Houston, TX 77208

77208-101010